United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| FRANKLIN BENJAMIN REYES, *Petitioner*, | § § § § § § § § § § § § § § § |
| v. | |
| KRISTI NOEM, *et al.*, *Respondents*. | |

CIVIL ACTION NO. 1:25-cv-344

## ORDER

Pending before the Court is the Government's Unopposed Motion for Extension of Time to File a Response. After reviewing the Motion, the record, and the applicable law, the Court is of the opinion that the motion should be GRANTED.

The Government shall file a response no later than January 23, 2026.

Petitioner shall file a reply no later than February 6, 2026.

It is SO ORDERED.

Signed this 16th of January, 2026.

_____
Rolando Olvera
United States District Judge

**Approved by:**

**/s/ Alexander McDonough**  1/13/26
Alexander McDonough, SAUSA  Date
Attorney for Federal Respondents

**/s/ Simon Sandoval-Moshenberg (with permission by ARM)**  1/13/26
Simon Sandoval-Moshenberg, Esq.  Date
Attorney for the Petitioner